```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -:
GERARDO ESPINOZA, VICTOR LOPEZ       :   16 Civ. 1562 (JCF)
AVILA, OMAR ALONSO, BENJAMIN         :
PEREZ, FILIMON GONZALEZ VEGA,        :   O R D E R
FAUSTINO MENDOZA (a.k.a ANTONIO      :
MENDOZA), and OSCAR DURAN,           :
individually and on behalf of        :
others similarly situated,           :
                                     :
              Plaintiffs,            :
                                     :
     - against -                     :
                                     :
GIGINO INC. (d/b/a GIGINO            :
TRATTORIA), GIGINO AT WAGNER PARK    :
LLC (d/b/a GIGINO'S AT WAGNER        :
PARK), EU RESTAURANT (d/b/a PICCOLO  :
POSITANO), ROBERT GIRALDI, JOSETTA   :
MOLA, PHILIP SUAREZ, LUIGI           :
CELENTANO, and JOHN DOE,             :
                                     :
              Defendants.            :
- - - - - - - - - - - - - - - - - - -:
```

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

   A pretrial conference having been held on November 1, 2016, it is hereby ORDERED as follows:

   1. All discovery shall be completed by January 31, 2017.

   2. The pretrial order shall be submitted by February 28, 2017, unless any dispositive motion is filed by that date. If such a motion is filed, the pretrial order shall be due thirty days after the motion is decided.

1

SO ORDERED.

*/s/ James C. Francis IV*
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated: New York, New York
       November 1, 2016

Copies transmitted this date:

Michael A. Faillace, Esq.
Joshua S. Androphy, Esq.
Gerrald Ellis, Esq.
Marisol Santos, Esq.
Michael Faillace & Associates, P.C.
60 E. 42nd St.
Suite 2540
New York, NY 10165

Carolyn D. Richmond, Esq.
Alexander W. Leonard, Esq.
Fox Rothschild LLP
100 Park Ave.
New York, NY 10019